30 A.3d 1101

CANOE MANUFACTURING COMPANY and Robert Ullman

v.

Joseph H. JONES, Esquire and Williamson, Friedberg & Jones.

Petition of Robert Ullman.

Supreme Court of Pennsylvania.

Oct. 24, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of October, 2011, the Application to File Supplement to Petition for Allowance of Appeal, the Petition for Allowance to Correct a One–Word Error in the May 27, 2011 Petition for Allowance of Appeal, and the Petition for Allowance of Appeal are hereby **DENIED.**